Daniel M. Cislo, Esq., No. 125,378
Kelly W. Cunningham, Esq., No. 186,229
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401
Telephone: (310) 451-0647
Telefax: (310) 394-4477
Email: dancislo@cislo.com
kcunningham@cislo.com

Attorneys for Plaintiff
E-PASS TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

E-PASS TECHNOLOGIES, INC.,

Plaintiff,

vs.

3COM CORP. AND PALM, INC.,

Defendants.

---

E-PASS TECHNOLOGIES, INC.,

Plaintiff,

vs.

VISA INTERNATIONAL SERVICE ASSOCIATION and VISA U.S.A., INC.,

Defendants.

---

E-PASS TECHNOLOGIES, INC.,

Plaintiff,

vs.

PALMONE, INC., PALMSOURCE, INC. AND HANDSPRING, INC.,

Defendants.

---

CASE NO. C-00-2255 DLJ
CASE NO. C-03-4747 DLJ
CASE NO. C-04-0528 DLJ
**Related Cases**

**[~~PROPOSED~~] ORDER GRANTING ACCESS SYSTEMS AMERICAS' APRIL 15, 2008 MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

Date: April 29, 2008
Time: 9:00 am
Courtroom: The Hon. Elizabeth D. Laporte
Courtroom E, 15th Floor

CISLO & THOMAS LLP
Attorneys at Law
SUITE 500
1333 2ND STREET
SANTA MONICA, CALIFORNIA 90401-4110
TELEPHONE: (310) 451-0647 FACSIMILE: (310) 394-4477

Having considered the Miscellaneous Administrative Request of Defendant ACCESS SYSTEMS AMERICA, INC. ("Access") for Leave to File Documents Under Seal, and the Declaration of Kelly W. Cunningham concurrently filed on behalf of Plaintiff E-Pass Technologies, Inc. attesting to the confidential nature of the information that is the subject of Access's request,

IT IS HEREBY ORDERED THAT:

Access's request is GRANTED. The Clerk of the Court shall file the following documents under seal, entitled,

1. Judgment Creditor Access Systems Americas, Inc.'s (formerly PalmSource, Inc.) Reply in Support of Motion to Compel; and
2. Supplemental Declaration of Andrew T. Oliver in Support of Access Systems' Americas, Inc.'s (formerly PalmSource, Inc.) Motion to Compel, including Exhibit 21 to the Declaration thereto.

Date: May 1, , 2008

United States Magistrate Judge

Respectfully submitted,

CISLO & THOMAS LLP

By: ______________________
Daniel M. Cislo, Esq.
Kelly W. Cunningham, Esq.

Attorneys for Plaintiff
E-PASS TECHNOLOGIES, INC.

Dated: May 1, 2008

T:\08-20696\KWC declaration in support of confidentiality of Oliver Exh 21.order.DOC


**PROOF OF SERVICE**

I am over the age of eighteen (18) years, employed in the State of California, and not a party to the above-entitled action. My business address is 1333 2nd Street, Suite 500, Santa Monica, California 90401-4110.

On Thursday, May 1, 2008, I served:

**[PROPOSED] ORDER GRANTING ACCESS SYSTEMS AMERICAS' APRIL 15, 2008 MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

by the Court's Electronic Filing System and by United States First Class Mail to the following:

M. Elizabeth Day, Esq.
Vincent Lam, Esq.
DLA PIPER RUDNICK GRAY CARY LLP
2000 University Avenue
East Palo Alto, California 94303-2248

and

John Allcock, Esq.
Edward H. Sikorski, Esq.
DLA PIPER RUDNICK GRAY CARY LLP
401 B Street, Suite 2000
San Diego, California 92101-4240

Attorneys for
Defendants 3COM, INC., PALM, INC., PALMONE, INC., and HANDSPRING, INC.

Madison C. Jellins, Esq.
Julie J. Han, Esq.
TOWNSEND AND TOWNSEND AND CREW
379 Lytton Avenue
Palo Alto, California 94301

Attorneys for
Defendant VISA INC. (formerly VISA INTERNATIONAL SERVICE ASSOCIATION and VISA USA, INC.)

Mark D. Rowland, Esq.
Andrew T. Oliver, Esq.
ROPES & GRAY LLP
525 University Avenue
Palo Alto, California 94301-1903

Attorneys for
Defendant ACCESS SYSTEMS AMERICAS, INC. (formerly PALMSOURCE, INC.)

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Thursday, May 1, 2008, at Santa Monica, California.

Christopher Eckart